IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORGE CHAVEZ, II,                                            CV. 07-80-MA

        Petitioner,                                        ORDER

  v.

BRIAN BELLEQUE,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#11) is GRANTED. This proceeding is DISMISSED, without prejudice to the filing of a new habeas proceeding upon the exhaustion of petitioner's state remedies.

    IT IS SO ORDERED.

    DATED this _4__ day of June, 2007.

                                _/s/  Malcolm F. Marsh_____
                                Malcolm F. Marsh
                                United States District Judge

1 -- ORDER